UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JESSE DEAN REDFEARN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-999-J |
| | ) | |
| SCOTT CROW, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

Pursuant to the Order adopting the Report and Recommendation, Petitioner's petition for a writ of habeas corpus is DENIED and a certificate of appealability is denied.

ENTERED this 23rd day of March, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE