United States District Court for the
Western District of Oklahoma

**FILED**
APR 20 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ku_____ DEPUTY

Jesse Dean Redfearn

v.  Case # CIV-21-999-J

Scott Crow

"NOTICE of APPEAL"

Notice is hereby given that the Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Courts final order entered on March 23rd 2022.

(next page)

P. 1 of 2

# Declaration Under Penalty of Perjury

The undersigned declares, (or certifies, or verifies, or states), under penalty of perjury that he is the Petitioner in the above action, that the information contained therein is true and correct.

28 U.S.C. § 1746 ; 18 U.S.C. § 1621

Executed at the Oklahoma State Reformatory, [PO Box 514, Granite Ok. 73547]. The invoking of the Prison Mail Box Rule(s) as mailed and signed on the 15 day of April, 2022.

Respectfully,

/S/ J. R.
Print / Jesse Redfearn
Pro-Se litigant